IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DERIC RON WELCH,<br><br>Defendant. | CR 24-04-GF-BMM<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

THIS matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Deric Ron Welch entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Defendant Deric Ron Welch's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- H&K (Importer: SACO), model 93, .223 caliber semi-automatic rifle SIN: A 120569;

- KRAL (Importer: Tristar), model Cobra, 12-gauge slide-action shotgun SIN: KRP006256;

- Smith & Wesson, model M&P 15-22, .22 LR caliber semi-automatic rifle SIN: DWH6709;

1

- Smith & Wesson, model M&P 15-22, .22 LR caliber semi-automatic rifle SIN: DZP9857;

- Ruger, model M77/17, .17 WSM caliber, bolt-action rifle SIN: 720-87340;

- Remington, model 700, .22-250 Rem caliber bolt-action rifle SIN: A6383927;

- Marlin, model XT-17, .17 H.M.R. caliber bolt-action rifle SIN: MM60776A;

- Remington, model 700, .223 REM caliber bolt-action rifle SIN: S6269662;

- Russian (Importer: PW Arms), model M91/30, 7.62 x 54R caliber bolt-action rifle SIN: 022508;

- Norinco (Importer: KSI), model MAK-90 Sporter, 7.62 x 39mm caliber semi-automatic rifle S/N: 9353915;

- Thompson / Center, model TIC Venture, .223 REM caliber bolt-action rifle SIN: U070214;

- Winchester, model 70, 7 MM WSM, bolt-action rifle SIN: 02472228;

- Marlin, model 60, .22 LR semi-automatic rifle SIN: 94452783;
- Savage Arms, model Stevens model 94F, 12-gauge break-action shotgun SIN: none;

- Remington, model 700 AAC-SD, 6.5 Creedmoor caliber bolt-action rifle SIN: RR94478K;

- Savage Arms, model Springfield model 1881, .22 semi-automatic rifle SIN: none;

- Smith & Wesson, model M&P-15, 5.56 mm caliber semi-automatic rifle SIN: SN28859;

- HS Produkt (Importer: Springfield, Inc.), model XDM, .45 ACP caliber, semi-automatic pistol SIN: MG612137;

- Phoenix Arms, model HP22A, .22 LR caliber revolver SIN: 4288596;

- HS Produkt (Importer: Springfield, Inc.), model XDM, 9 mm caliber, semi-automatic pistol SIN: MG955956;

- Charter Arms, model Santa Fe Sky, .38 caliber revolver SIN: 10-00315;

- Smith & Wesson, model M&P R8, .357 Magnum caliber revolver SIN: CSD2623;

- CZ, model 52, 7.62 caliber semi-automatic pistol SIN: D12409;

- Kimber, model Stainless II, .45 ACP semi-automatic pistol SIN: K351897; and

- American Firearms MFG. CO., model American .25 Automatic, .25 AUTO caliber semi-automatic pistol SIN: 17460.

THAT the ATF or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C.

3

§ 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 18th day of June, 2024.

_____
Brian Morris, Chief District Judge
United States District Court