# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DERIC RON WELCH,**<br><br>Defendant. | CR 24-04-GF-BMM<br><br>**ORDER DISMISSING THIRD-PARTY CLAIM AND ENTERING FINAL ORDER OF FORFEITURE** |

Upon the United States' Motion to Dismiss Third-Party Claim and Enter Final Order of Forfeiture (Doc. 82), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the United States' motion **GRANTED**.

DATED this 30th day of January 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1