IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DERIC RON WELCH,**<br><br>Defendant. | CR 24-04-GF-BMM<br><br><br>**AMENDED FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. An Amended Preliminary Order of Forfeiture was entered on July 9, 2024. (Doc. 51).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 924(d). (Docs. 52, 52-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

1

IT IS ORDERED:

THAT the Motion for Amended Final Order of Forfeiture is GRANTED;

5. THAT the Court's previous order from January 30, 2025 dismissing the third-party claims noted in the government's motion (Doc. 82) are DISMISSED. The Court's previous order is amended only as follows:

6. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- H&K (Importer: SACO), model 93, .223 caliber semi-automatic rifle SIN: A120569

- KRAL (Importer: Tristar), model Cobra, 12-gauge slide-action shotgun SIN: KRP006256

- Smith & Wesson, model M&P 15-22, .22 LR caliber semi-automatic rifle SIN: DWH6709

- Ruger, model M77/17, .17 WSM caliber, bolt-action rifle SIN: 720-87340

- Remington, model 700, .22-250 Rem caliber bolt-action rifle SIN: A6383927

- Marlin, model XT-17, .17 H.M.R. caliber bolt-action rifle SIN: MM60776A

- Remington, model 700, .223 REM caliber bolt-action rifle SIN: S6269662

- Russian (Importer: PW Arms), model M91/30, 7.62 x 54R caliber bolt-action rifle SIN: 022508

- Norinco (Importer: KSI), model MAK-90 Sporter, 7.62 x 39mm caliber semi-automatic rifle S/N: 9353915

- Thompson / Center, model TIC Venture, .223 REM caliber bolt-action rifle SIN: U070214

- Winchester, model 70, 7 MM WSM, bolt-action rifle SIN: G2472228

- Marlin, model 60, .22 LR semi-automatic rifle SIN: 94452783

- Savage Arms, model Stevens model 94F, 12-gauge break-action shotgun SIN: none

- Remington, model 700 AAC-SD, 6.5 Creedmoor caliber bolt-action rifle SIN: RR94478K

- Savage Arms, model Springfield model 188J, .22 semi-automatic rifle SIN: none

- Smith & Wesson, model M&P-15, 5.56 mm caliber semi-automatic rifle SIN: SN28859

- HS Produkt (Importer: Springfield, Inc.), model XDM, .45 ACP caliber, semi-automatic pistol SIN: MG612137

- Phoenix Arms, model HP22A, .22 LR caliber revolver SIN: 4288596

- HS Produkt (Importer: Springfield, Inc.), model XDM, 9 mm caliber, semi-automatic pistol SIN: MG955956

- Charter Arms, model Santa Fe Sky, .38 caliber revolver SIN: 10-00315

- CZ, model 52, 7.62 caliber semi-automatic pistol SIN: D12409

- Kimber, model Stainless II, .45 ACP semi-automatic pistol SIN: K351897

- American Firearms MFG. CO., model American .25 Automatic, .25 AUTO caliber semi-automatic pistol SIN: 17460

7. That the following firearms shall be returned to the true owner as identified by the United States, who also confirms that this individual is not prohibited from possessing firearms:

- Smith & Wesson, model M&P 15-22, .22 LR caliber semi-automatic rifle SIN: DZP9857

THAT the United States shall have full and legal title to the forfeited property identified above and may dispose of it in accordance with law.

DATED this 20th day of February, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts